# EXHIBIT-C

35521    146

THIS DECLARATION OF SUBSTITUTION OF TRUSTEES, effective this __15__ day of ___November___, 20_13_, by PNC Bank, National Association, Declarant.

WHEREAS, By Deed of Trust dated April 30, 2007 and recorded among the Land Records of Prince Georges County in liber 27829, folio 333, from Emmanuel I. Agomuoh and Nene A. Ross to Lawyers Title Insurance Corp, a Virginia Corp who were named as Trustee for FNMC a division of National City Bank, the Lender therein. The Deed of Trust secures the property known as 5601 Lake Spring Court, Bowie, MD 20720, Prince Georges County, State of Maryland; and

WHEREAS, the aforesaid Deed of Trust provides inter alia that the holder of the indebtedness secured by said Deed of Trust shall be entitled to substitute Trustees by the recording of an appropriate instrument among the Land Records of the appropriate County; and

WHEREAS, Declarant herein, being the present holder of the indebtedness as herein above set forth, desires to substitute Mark S. Devan, Erin Gloth, Christine Drexel, Brian McNair, Melissa L. Cassell, Angela Nasuta and Thomas P. Dore, as Substituted Trustees in the place and stead of Lawyers Title Insurance Corp, a Virginia Corp and in the place and stead of any subsequently appointed Substituted Trustees with full powers to them as set forth in said Deed of Trust;

NOW THEREFORE, this Declaration witnesseth, that the said PNC Bank, National Association, in pursuance of the power and authority vested in it by the said Deed of Trust, does hereby substitute Mark S. Devan, Erin Gloth, Christine Drexel, Brian McNair, Melissa L. Cassell, Angela Nasuta and Thomas P. Dore, as Substituted Trustees in the place and stead of Lawyers Title Insurance Corp, a Virginia Corp and in the place and stead of any subsequently appointed Substituted Trustees under that Deed of Trust dated April 30, 2007 and recorded as aforesaid, with full power and authority in them as set forth in said Deed of Trust. The act of one Substituted Trustee shall bind all of the Substituted

Mortgagor(s): Emmanuel I. Agomuoh and Nene A. Ross

35521   147

Trustees.

AS WITNESS the signature of the Declarant on the day and year first above written.

PNC Bank, National Association

By: *Britny Sl*
Brittany Sloneker    Authorized Signer

KEISHA ALBERT
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
August 29, 2017
Recorded In
Montgomery County

STATE OF __OHIO__, COUNTY OF __Montgomery__, TO WIT:

I HEREBY CERTIFY that on this __5__ day of __November__, 20__13__, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared __Brittany Sloneker__, the __Authorized Signer__ of PNC Bank, National Association, Declarant herein, and acknowledged the foregoing Declaration to be the act of the said party, being duly authorized to do so, and further acknowledged that he/she executed this Declaration for the purposes herein contained.

AS WITNESS my hand and notarial seal.

__Keisha Albert__, Notary Public

My commission expires: __August 29, 2017__

I hereby certify that the within instrument was prepared under the supervision of an attorney admitted to practice before the Court of Appeals.

Christine M. Drexel

Mortgagor(s): Emmanuel I. Agomuoh and Nene A. Ross

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MMB 35521, p. 0147, MSA_CE64_35830. Date available 01/14/2014. Printed 05/19/2016.

35521    148

RETURN TO:
Title Co.: Covahey, Boozer, Devan, & Dore, P.A.
11350 McCormick Road
Executive Plaza III, Suite 200
Hunt Valley, MD 21031
(443) 541-8600

Mortgagor(s): Emmanuel I. Agomuoh and Nene A. Ross