**EXHIBIT A**

**PNC BANK**

CERTIFICATE

The undersigned, George P. Long, III, Secretary of National City Bank, does hereby certify as follows:

1. Effective January 1, 2005, National City Mortgage Co. ("Old NCMC"), was an Ohio corporation and wholly owned subsidiary of National City Bank of Indiana ("NCBIN").

2. Effective January 1, 2005, Old NCMC first contributed the servicing business to NCMC NewCo, Inc. ("New NCMC), a wholly owned subsidiary of Old NCMC.

3. Effective January 1, 2005, Old NCMC made a dividend of the origination business to NCBIN. After the contribution and dividend, Old NCMC held cash and the ADA interests.

4. Effective January 4, 2005, New NCMC changed its name from "NCMC NewCo, Inc." to "National City Mortgage Co."

5. Effective January 4, 2005, Old NCMC changed its name from "National City Mortgage Co." to "National City Mortgage, Inc."

6. Effective July 22, 2006, National City Bank of Indiana was acquired by National City Bank and National City Mortgage Co. became a wholly owned subsidiary of National City Bank.

7. Effective October 1, 2008, National City Mortgage Company merged into National City Bank and became a division of National City Bank.

8. National City Bank was a wholly owned subsidiary of National City Corporation.

9. Effective December 31, 2008, National City Corporation merged with and into The PNC Financial Services Group, Inc. and National City Bank became a wholly owned subsidiary of The PNC Financial Services Group, Inc.

10. Effective as of November 6, 2009, National City Bank and pursuant to approval granted by the United States Office of the Comptroller of the Currency (as evidenced by the official certification dated November 6, 2009 attached hereto as Exhibit "A"), was merged with and into PNC Bank, National Association.

11. PNC Bank, National Association is a duly organized and existing national banking association (Charter Number 1316) and wholly owned subsidiary of PNC Bancorp, Inc. (a wholly owned subsidiary of The PNC Financial Services Group, Inc.),

having its main office located at 222 Delaware Avenue, Wilmington, Delaware 19801 and using federal Employer Identification Number 22-1146430.

IN WITNESS WHEREOF, the undersigned has hereunto set his hand and affixed the seal of this Bank this 22nd day of January, 2010.



_____
George P. Long, III

EXHIBIT A



Comptroller of the Currency
Administrator of National Banks

Northeastern District Office
340 Madison Avenue, 5th Floor
New York, New York 10173-0002

Licensing Division
Telephone: (212)790-4055
Fax: (301) 333-7015

November 6, 2009

James S. Keller
Chief Regulatory Counsel
The PNC Financial Services Group, Inc.
249 Fifth Avenue
One PNC Plaza, 21st Floor
Pittsburgh, Pennsylvania 15222-2707

Re: Application to merge National City Bank, Cleveland, Ohio, with and into PNC Bank, National Association, Wilmington, Delaware under the charter and title of the latter.
Control No: 2009 NE 02 0017                    Charter No: 1316

Dear Mr. Keller:

This letter is the official certification of the Comptroller of the Currency to merge National City Bank, Cleveland, Ohio ("NCB"), with and into PNC Bank, National Association, Wilmington, Delaware ("PNC Bank"), effective as of close of business on November 6, 2009. The resulting bank's title is PNC Bank, National Association, charter number 1316.

This is also the official authorization given to PNC Bank, the resulting bank, to operate branches of NCB as branches of the resulting bank. Branches of a national bank target are automatically carried over to the resulting bank and retain their current OCC branch numbers.

We understand that upon consummation, the capital surplus of PNC Bank will increase. Within 30 days following consummation, please provide this office with the exact dollar amount of the capital change so that we may issue our letter certificating the capital increase.

If the combination does not occur as represented in your letter of October 26, 2009, this certification must be returned to the OCC. Following consummation of the merger, please return the charter certificate for NCB so that we may properly close our files for this bank.

Sincerely,

Sandya Reddy
Acting Director for District Licensing