**EXHIBIT C**

Circuit Court of Maryland

Go Back Now

**Case Information**

Court System:**Circuit Court for Prince George's County - Civil System**
Case Number:**CAEF14-00086**
Case Description:**DGDM vs Agomuoh**
Case Type:**Property**
Filing Date:**01/06/2014**
Case Status:**Reopen**

**Defendant/Respondent Information**

Party Type: **Defendant**   Party No.: **2**
Name: **Emmanuel I Agomuoh**
Address: **5601 Lake Spring Court**
City:       **Bowie**   State: **MD**   Zip Code: **20720**
Party Type: **Defendant**   Party No.: **3**
Name: **Nene A Ross**
Address: **5601 Lake Spring Court**
City:       **Bowie**   State: **MD**   Zip Code: **20720**

## Attorney Information

Name:          **Christine Drexel**
Attorney Type: **Attorney**
Address:       **11350 McCormick Road**
City:          **Hunt Valley**   State: MD   Zip Code: **21031**

**Other Party Information**

Party Type: **Substitute Trustee**   Party No.: **1**
Name: **Devan, Gloth, Drexel and McNair**

**Dockets**

   *(Each Document listed. Documents are listed in Document No./Sequence No. order)*
Date:              **01/06/2014**
Document Name: **CaseType: Foreclos of Deed Tr**
Docket Text:

Date:              **01/06/2014**
Document Name: **Forclsure Eligible for Mediatn**
Docket Text:

Date:              **01/06/2014**
Document
Name:              **Order To Docket Foreclosure Fd**
Docket Text:       **001 fd proceeding to forc d/t on liber 33296 folio 223 and liber 27829 folio 333 w/
                   attachments als e 01-08-14**

Date:              **01/06/2014**
Document Name: **Forclsure/Prel Loss Mitgtn Aff**
Docket Text:       **002 als e 01-08-14**

| | |
|---|---|
| Date: | **01/22/2014** |
| Document Name: | **Affidavit of Service, fd** |
| Docket Text: | **003 fd. served on 1-8-14 to Emmanuel Afomuoh @ 2804 West Nomad Ct Bowie, MD by posting property kbp e 2-6-14** |

| | |
|---|---|
| Date: | **01/22/2014** |
| Document Name: | **Affidavit of Service, fd** |
| Docket Text: | **004 fd. served on 1-8-14 to Nene Ross @ 2804 West Nomad Ct Bowie, MD by posting property kbp e 2-6-14** |

| | |
|---|---|
| Date: | **01/22/2014** |
| Document Name: | **Affidavit of Service, fd** |
| Docket Text: | **005 fd. served on 1-9-14 to Nene Ross @ 5601 Lake Spring Ct Bowie, MD by posting property kbp e 2-6-14** |

| | |
|---|---|
| Date: | **01/22/2014** |
| Document Name: | **Affidavit of Service, fd** |
| Docket Text: | **006 fd. served on 1-9-14 to Emmanuel Afomuoh @ 5601 Lake Spring Ct Bowie, MD by posting property kbp e 2-6-14** |

| | |
|---|---|
| Date: | **02/05/2014** |
| Document Name: | **Deed of Appt/Appt of Sub Tr Fd** |
| Docket Text: | **007 shp e 2/20/14** |

| | |
|---|---|
| Date: | **08/08/2014** |
| Document Name: | **Forclsure/Finl Loss Mitgtn Aff** |
| Docket Text: | **008 shp e 8/13/14** |

| | |
|---|---|
| Date: | **08/15/2014** |
| Document Name: | **Bond Approved and Filed.** |
| Docket Text: | **009 bond 147578 in the amount of 25000.00,fd.amk e 08-18-14** |

| | |
|---|---|
| Date: | **01/28/2015** |
| Document Name: | **Lett Sent Notifying of Bank Fd** |
| Docket Text: | **010 als e 02-0715** |

| | |
|---|---|
| Date: | **06/15/2015** |
| Document Name: | **Bankruptcy Lifted** |
| Docket Text: | **011 fd/keh 07/21/2015** |

| | |
|---|---|
| Date: | **06/15/2015** |
| Document Name: | **Reopen: Line Lift Bankrtxy,fd** |
| Docket Text: | |

| | |
|---|---|
| Date: | **07/21/2015** |
| Document Name: | **Suggestion of Bankruptcy, Fd.** |
| Docket Text: | **012 fd. dml e 08/13/15** |

| | |
|---|---|
| Date: | **02/25/2016** |
| Document Name: | **Line, filed** |
| Docket Text: | **013 line dismissing chapter 13 automatic stay is terminated w/order fd./emt364 e 3-5-16** |

| | |
|---|---|
| Date: | **03/05/2016** |
| Document Name: | **Reopen: Line Lift Bankrtxy,fd** |

**Docket Text:**

| | |
|---|---|
| Date: | **05/17/2016** |
| Document Name: | **Report of Sale Package, fd** |
| Docket Text: | **014 fd/nb618 e 05/18/16 Report of Sale Affidavit of Purchaser Affidavit of Pursuant Affidavit of Auctioneer Proof of Publication** |

| | |
|---|---|
| Date: | **05/18/2016** |
| Document Name: | **Not Fd. Cc To Enq Gazette Publ** |
| Docket Text: | **016 fd/nb618 e 05/18/16** |

| | |
|---|---|
| Date: | **05/17/2016** |
| Document Name: | **Affidavit, Fd.** |
| Docket Text: | **015 fd/rlf615 e 05-24-2016 affidavit pursuant to 7-105.9(c)(1) w/ certificate of service** |

| | |
|---|---|
| Date: | **05/19/2016** |
| Document Name: | **Printers Cert On Trs Sale Fd.** |
| Docket Text: | **017 fd/rlf615 e 05-24-2016 w/ certificate of service** |

| | |
|---|---|
| Date: | **06/14/2016** |
| Document Name: | **Printer's Cert On Not Fd.** |
| Docket Text: | **018 fd/rlf615 e 06-15-2016** |

| | |
|---|---|
| Date: | **06/16/2016** |
| Document Name: | **Motion, filed** |
| Docket Text: | **019 fd/rlf615 e 06-23-2016 objection to report of sale and motion to stay or dismiss the foreclosure proceeding pending litigation of federal action affecting right and authority to foreclose w/ certificate of service and supporting exhibits** |

| | |
|---|---|
| Date: | **07/05/2016** |
| Document Name: | **Memorandum in Opposition, fd** |
| Docket Text: | **020 fd/rlf615 e 07-07-2016 plaintiffs' memorandum in opposition to defendants' motion to stay or dismiss w/ certificate of service and supporting exhibits** |

| | |
|---|---|
| Date: | **08/08/2016** |
| Document Name: | **Motion, filed** |
| Docket Text: | **021 fd/rf615 e 08-15-2016 defendant's amended and supplemental motion to dismiss or stay foreclosure and objection to report of sale and reply to plaintifff's response to motion w/ certificate of service and supporting exhibits** |

| | |
|---|---|
| Date: | **08/25/2016** |
| Document Name: | **Line Entering Appearance, Fd.** |
| Docket Text: | **022 fd/rlf615 e 08-25-2016 withdraw and entry of appearance w/ certificate of service; enter the appearance of Jason Mathers and withdraw the appearance of Christine Drexel** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*