**EXHIBIT D**

COPY

| | |
|---|---|
| Thomas P. Dore, *et al* as Substituted Trustees<br><br>VS.<br><br>Yvonne W. Gipson | IN THE<br><br>CIRCUIT COURT<br><br>FOR<br><br>ANNE ARUNDEL COUNTY<br><br>CASE NO. 02-C-12-168085 |

Date Stamp and Return To Sale

## REPORT OF SALE

1. That the property known as 1404 Chesapeake Avenue, Annapolis, MD 21403 was sold on May 16, 2013.

2. That the property was sold at the Courthouse Door, main entrance, Church Circle, Annapolis, Maryland.

3. That the property was sold unto the highest bidder, HSBC Bank USA, National Association as Trustee for GSAA Home Equity Trust 2005-15, for the purchase price of $ 578,500.00.

4. That the sale was fairly made.

I DO SOLEMNLY AFFIRM, under the penalties of perjury that the foregoing are true and correct to the best of my knowledge, information and belief.

*[signature]*

Erin Gloth
Covahey, Boozer, Devan & Dore, P.A.
of counsel to
Huesman, Jones and Miles, LLC
11350 McCormick Road
Executive Plaza III, Suite 200
Hunt Valley, Maryland 21031
Office: 443-541-8600
Fax: 410-296-2131

Case Number: 46237-11         2013 MAY 21 A 11:52